UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DARRYL H. BLACKWELL,

        Plaintiff,

File No. 2:09-CV-71

v.

HON. ROBERT HOLMES BELL

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.
                               /

# ORDER APPROVING AND ADOPTING
# MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On August 26, 2010, Magistrate Judge Timothy P. Greeley issued a Report and Recommendation ("R&R") recommending that Defendants motion for summary judgment be granted and that this case be dismissed in its entirety. (Dkt. No. 41.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. The docket report confirms that a copy of the R&R was sent to the Plaintiff's last known address on August 26, 2010, the date the R&R was filed, and again on September 1, 2010, after Plaintiff notified the court of a change of address. (Dkt. Nos. 41, 42.)

On September 15, 2010, Plaintiff's deadline for filing objections, Plaintiff filed a motion for a 60 day extension to respond to the R&R. (Dkt. No. 43.) However, Plaintiff offers no reason whatsoever in explanation or justification of his request. Furthermore, Plaintiff has a demonstrated history of missing deadlines. (Dkt. No. 41 at 6-8.) Therefore, Plaintiff's request for an extension of time to file objections will be denied.

The Court has reviewed the entire matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for an extension of time (Dkt. No. 43) is **DENIED**.

**IT IS FURTHER ORDERED** that the August 26, 2010, R&R (Dkt. No. 41) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is dismissed in its entirety.


Dated: September 30, 2010                               /s/ Robert Holmes Bell
                                                        ROBERT HOLMES BELL
                                                        UNITED STATES DISTRICT JUDGE